# CASES

## ARGUED AND DETERMINED

### IN THE

# UNITED STATES CIRCUIT COURTS OF APPEALS AND THE CIRCUIT AND DISTRICT COURTS.

---

### AMSDEN v. UNITED STATES.

(District Court, D. Vermont. October 7, 1901.)

COURTS—JURISDICTION OF SUITS AGAINST UNITED STATES—EFFECT OF ACT WITHDRAWING JURISDICTION ON PENDING SUITS.

Act June 27, 1898 (30 Stat. 495), taking away the jurisdiction conferred upon the circuit and district courts of suits against the United States by Act March 3, 1887 (24 Stat. 505) § 2, so far as relates to suits brought by officers to recover fees or salaries, contains no saving clause, and applies to suits pending at the time of its passage.

At Law. On motion to dismiss.

Frank Plumley, for plaintiff.

James L. Martin, U. S. Atty.

WHEELER, District Judge. This suit was brought to recover fees for official services, jurisdiction of which was taken away by the act of June 27, 1898, without saving pending cases. 30 Stat. 495. It must therefore be dismissed for want of jurisdiction.[1]

Dismissed for want of jurisdiction.

---

[1] Jurisdiction as to pending cases restored. 31 Stat. 33.